UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                                                  CASE NO:  08-50066
                                                                                              CHAPTER 7

    SHORES OF PANAMA, INC

        Debtor(s)
_____/

NOTICE OF INTENTION TO
SELL PROPERTY OF THE ESTATE

> NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARINGS
>
> Pursuant to Local Rule 2002-2, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 110 East Park Avenue, Suite 100, Tallahassee, FL  32301, and serve a copy on the Chapter 7 Trustee, Karin A. Garvin, 1801 W. Garden Street, Pensacola, FL  32502.
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO:     Debtors(s), Creditors, and Parties in Interest

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the Debtor(s) interest, if any in the following property of the estate of the debtor(s), under the terms and conditions set forth below:

1. Description of property:   Any and all of the estate's interest, if any, in all choses in actions, claims, demands, and rights, including the proceeds thereof, arising out of the matters included in the events relating to, or out of , the transfer of the real property containing the luxury waterfront residential condominium project known as "Shores of Panama" (Property") to Silverton Bank in the spring of 2009 and the sale of the Property to the bulk buyers in the summer of 2012, including, but not limited to, the following State Court actions :

    a. 'SHORES OF PANAMA, INC., a Florida corporation, and CHARLES BRELAND, an individual, THE CLUB AT SHORES OF PANAMA, INC., a Florida corporation, SHORES BEACH SERVICES, LLC, a Florida limited liability company, SHORES OF PANAMA RESTAURANT HOLDINGS, LLC, a Florida limited liability company, and BB COMMUNICATIONS, LLC, a Florida limited liability company, Plaintiffs, v. PARK NATIONAL CORPORATION, an Ohio banking corporation, VISION BANK, a dissolved Florida banking corporation, and SE PROPERTY HOLDINGS, LLC, an Ohio limited liability company, Defendants,' Case No. 013-1885-CA; and

    b. 'THE CLUB AT SHORES OF PANAMA, INC., a Florida corporation, SHORES BEACH SERVICES, LLC,  a Florida limited liability company, SHORES OF PANAMA RESTAURANT HOLDINGS, LLC, a Florida limited liability company, and BB COMMUNICATIONS, LLC, a Florida limited liability company, Plaintiffs, v. PANAMA HOLDINGS, LLC, a Florida limited liability company, PANAMA PARTNERS, LLC, a Florida limited liability company, SHORES OF PANAMA, LLC, a Florida limited liability company, SHORES OF PANAMA CLUB, LLC, a Florida limited liability company, SHORES OF PANAMA COMMERCIAL, LLC, a Florida limited liability company, SHORES OF PANAMA RESORT COMMUNITY ASSOCIATION, INC., a Florida corporation, Defendants,' Case. No. 14-0226-CA.

    2.        Manner of Sale:   Private ( X )*          Public Auction (   )

    3.        Terms of Sale:     $30,000.00 cash from purchaser Charles K. Breland.  The transfer of the above referenced claim of Shores of Panama, Inc. includes a full release, relinquishment, and abandonment of all choses in actions, claims, demands, and rights, including the proceeds thereof, arising out of the matters included in the events relating to, or out of , the transfer of the real property containing the luxury waterfront residential condominium project known as "Shores of Panama" (Property") to Silverton Bank in the spring of 2009 and the sale of the Property to the bulk buyers in the summer of 2012.  This sale of the estate's interest, if any, is without warranty of any kind whatsoever.  All payments shall be made payable to Karin A Garvin, Trustee and mailed to 1801 W. Garden Street, Pensacola, FL 32502

    4.        Basis for value:   Estimation of recovery taking into account cost and length of litigation.

- (Applicable to private sales only.) The Trustee will entertain any higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of **TWENTY (20) %** of the proposed higher purchase price.  Any higher bid must be received by the Trustee at the address listed below no later than twenty-one (21) days from the mailing of this notice. Should a higher bid be received, a telephone auction will be conducted between the competing parties.

  /s/ Karin A. Garvin_____
KARIN A. GARVIN
FL Bar No. 0106933
1801 W. Garden Street
Pensacola, Florida 32502
(850) 437-5577
(850) 437-5250 facsimile
trustee@kgarvinlaw.com
Attorney for Trustee

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true a correct copy of the foregoing notice has been filed electronically with the Court and furnished by U. S. Mail or via the Courts electronic case filing/case management system to all creditors on the attached matrix (Order Granting Trustee's Motion to Limit Service Doc #1156) on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

  /s/ Karin A. Garvin_____
KARIN A. GARVIN

Atlas Comfort Systems USA, LLC
c/o Larry Foyle, Esq
PO Box 800
Tampa, FL 33601

Burke Blue Hutchison & Walters, PA
221 McKenzie Avenue
Panama City, FL 32402

C.F. Jordan Residential, LP
c/o Harrel L Davis, III, Esquire
Gordon Mott & Davis PC
PO Box 1322
El Paso TX 79912

Channell Douglas Properties
Mike Douglas
1506 Ben Drive NE
Jacksonville, AL 36256

Charlotte, LLC
8585 Grove Hill Rd
Rockford, IL 61107

Danny & Shannon Meserole
Tracy Mizell & Thomas Braxton
485 John Elliot Road
McDonough GA 30252

Jeannie Shipman
c/o Louis L Long, Jr. Esq
1201 Eglin Parkway
Shalimar, FL 32579

Jesse & Jan Galatas
1117 Shirley Drive
Metairie, LA 70001

John and Julie Ballard
Diane and Kelly Sharpe
c/o Robert Buesing
PO Box 1102
Tampa, FL 33601

John and Julie Ballard
76 Bainbridge Dr
Alexander City, AL 35010

Kevin Hoffield
1721 Manson Avenue
Metairie, LA 70001

Kyle Gerber
c/o Louis L Long, Jr. Esq
1201 Eglin Parkway
Shalimar, FL 32579

Long Beach Resort Community Assoc
c/o John Cottle
348 Miracle Strip Pkwy., Ste 7
Ft. Walton Beach, FL 32548

Marie Gross
c/o Joseph Silva, Jr.
PO Box 2088
Panama City. FL 32401

Mary Jo Gerber Revocable Trust
c/o Louis L Long, Jr. Esq
1201 Eglin Parkway
Shalimar, FL 32579

Michael and Pauline Pancake
2499 Chaucer PL
Thousand oaks, CA 91362

Osiris, Inc
c/o Robert E Moore, CEO
2569 NE Cherry Lake Circle
Pinetta, FL 32530

Phat Than Le and Vivian Tran Le
2217 Wendell Avenue
Louisville, KY 40205-3063

Phat Than Le and Vivian Tran Le
c/o Brian D Hess
PO Box 9454
Panama City, FL 32417-9454

Power Designs, Inc
c/o Robert S Jones, II, Esq
PO Box 17434
Clearwater, FL 33762

Robert C. Harbour
3115 Brittany Pl
Pensacola, FL 32504

Theresa M Tomoser
c/o Christiane Smallwood Miranda
404 Jenks Avenue
Panama City, FL 32401

Ashley B Rogers, Esq
Chesser & Barr, PA
398 North Main Street, Ste B
Crestview, FL 32536

Joseph R Schwab
Dwayne R Schwab
c/o Yancey F Langston, Esq
220 W Garden Street, 9th Floor
Pensacola, FL 32502

Monica Rigsby
432 Riverwalk
McDonough, GA 30252-9013

Jennifer K. Merritt
405 Crackerneck Road
Armuchee, GA 30105-2568

John E Venn, Jr Esq
220 W Garden Street, Ste 603
Pensacola, FL 32502

Arthur A. Shimek
423 N. Baylen Street
Pensacola, FL 32501-3901

FDIC
c/o Tabitha S Etlinger, Esq
201 E Kennedy Blvd., #600
Tampa, FL 33602

FDIC
c/o David J Tong, Esq
201 E Kennedy Blvd., Ste 600
Tampa, FL 33602

| | | |
|---|---|---|
| Roland W Kiehn, Esq<br>Barron & Redding, PA<br>PO Box 2467<br>Panama City, FL 32402 | Michael P Dickey, Esq.<br>PO Box 2467<br>Panama City, FL 32402-2467 | Joseph P and Linda J Anello<br>15 Greene Court<br>Happauge, NY 11788-4355 |
| BankTrust<br>c/o Robert P. Reynolds, Esq<br>PO Box 2863<br>Tuscaloosa, AL 35403 | Steven L. Applebaum, Esq.<br>PO Box 9454<br>Panama City Beach, FL 32417 | Equity Trust Co FBO David E. Hudgens<br>IRA 4145<br>PO Box 1574<br>Daphne, AL 36526 |
| Trimar Properties<br>c/o David B Taylor, Esq<br>501 Commendencia Street<br>Pensacola, FL 32502 | Ronald Cutler, Esq.<br>1172 Pelican Bay Dr<br>Daytona Beach, FL 32119-1381 | Bank of Vernon<br>c/o Robert P Reynolds, Esq<br>PO Box 2863<br>Tuscaloosa, AL 35403 |
| Jason Eagan, Esq<br>Office of US Trustee<br>110 East Park Avenue, Ste 128<br>Tallahassee, FL 32301 | H. Lawrence Perry, Esq<br>2612 West 15th Street<br>Panama City, FL 32401 | Jill W Crew, Esq.<br>Crew & Crew, PA<br>25 Beal Pkwy NE, Ste 210<br>Ft. Walton Beach, FL 32548 |
| Michael H. Crew, Esq<br>Crew & Crew, PA<br>25 Beal Pkwy NE, Ste 210<br>Ft. Walton Beach, FL 32548 | Walter Noeske<br>c/o Justin Remol<br>543 Harbor Blvd. Ste 501<br>Destin, FL 32542 | FL Dept of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, F 32314-6668 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Florida Dept of Labor<br>c/o FL Dept of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Secretary of the Treasury<br>US Treasury Dept<br>15th & Pennsylvania Ave<br>Washington, DC 20220-0001 |
| Shores of Panama Community Assoc<br>c/o James M Donohue<br>PO Box 391<br>Tallahassee, FL 32302-0391 | US Securities and Exchange Commission<br>950 E Paces Ferry Rd NE, Ste 900<br>Atlanta, GA 30326-1382 | US Attorney (Pensacola Office)<br>21 E Garden Street, Ste 400<br>Pensacola, FL 32502 |
| US Attorney (Tallahassee Office)<br>111 N Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | Spina Inv., Inc<br>10174 E Hualapai Drive<br>Scottsdale, AZ 85255-7167 | Charles K Breland, Jr.<br>PO Box 7430<br>Spanish Fort, AL 36577 |
| Hudgens & Associates, LLC<br>PO Box 1574<br>Daphne, AL 36526 | Midsouth Scaffold Services, LLC<br>PO Box 18967<br>Memphis, TN 38181 | ABG Caulking Contractors, Inc<br>PO Box 544<br>Goodlettsville, TN 37070 |
| Habib Yazdi<br>135 Kingswood Drive<br>Daphne, AL 36526 | Harold and Susan Rappaport<br>c/o Lara Fernandez, Esq<br>PO Box 1102<br>Tampa, FL 33601-1102 | Richard Lamacchio<br>7146 Estero Blvd. #516<br>Ft. Meyers, FL 33931 |

| | | |
|---|---|---|
| William A Hopkins<br>659 Big Canoe<br>Big Canoe, GA 30143 | Jon and Pam Marquess<br>1480 Roswell Rd. SE<br>Marietta, GA 30062 | Aref and Rasha Rifai<br>4440 Devereux Drive<br>Pensacola, FL 32504 |
| Daine and Kelly Sharpe<br>134 N Broadnax Street<br>Dadeville, AL 36853 | Daisy Volcan<br>3304 Rae's Court<br>Augusta, GA 30909 | David and Patty Rothstein<br>423 N Baylen Street<br>Pensacola, FL 32501 |
| Eric Gleaton<br>5468 Champions Drive<br>Milton, FL 32571 | Frank Castagna<br>4621 Canopy Rd<br>Pensacola, FL 32504 | Jane Breland<br>14900 River Rd., Unit 701<br>Pensacola, FL 32507 |
| Jean Nelson<br>8550-B Scenic Hwy<br>Pensacola, FL 32514 | | |